## MOTION AND PROCEDURAL RULINGS

**2010–0330.   State ex rel. Gaylor, Inc. v. Goodenow.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of respondents' motion for clarification of stay,

It is ordered by the court that the motion is granted. Respondents are precluded from taking any action or authorizing any contractor to act in connection with this case until further order of this court.

PFEIFER, J., dissents.

**2010–0466.   State ex rel. Christopher v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of relator's motion for expedited issuance of an alternative writ,

It is ordered by the court that the motion for expedited issuance of an alternative writ is denied. The parties shall follow the schedule provided by S.Ct.Prac.R. 10.9 for the presentation of evidence and briefs.

O'DONNELL, J., dissents and would grant the motion.

O'CONNOR and LANZINGER, JJ., would defer ruling on the motion until a responsive memorandum has been filed.

**2010–0481.   State ex rel. Owens v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of relator's motion for expedited issuance of an alternative writ,

It is ordered by the court that the motion for expedited issuance of an alternative writ is denied. The parties shall follow the schedule provided by S.Ct.Prac.R. 10.9 for the presentation of evidence and briefs.

O'DONNELL, J., dissents and would grant the motion.

## CASE ANNOUNCEMENTS

*March 17, 2010*

[Cite as *03/17/2010 Case Announcements #2*, 2010-Ohio-1048.]

## MOTION AND PROCEDURAL RULINGS

**2010–0371.   Green v. Foos.**
Wood App. No. WD–09–041, 2010-Ohio-93. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*March 18, 2010*

[Cite as *03/18/2010 Case Announcements,* 2010-Ohio-1047.]